UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                               Case No. 8:02-CR-18-T-27TBM

JOCELYN PRESENDIEU

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 13th day of September, 2006, on a Petition to Revoke Supervised Release. The Defendant, **JOCELYN PRESENDIEU**, appeared with counsel, Howard Anderson, AFPD; and Jay Hoffer, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **JOCELYN PRESENDIEU**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TEN (10) MONTHS.**

3. The Court recommends that the defendant be confined in a facility in Tallahassee.

DONE AND ORDERED at Tampa, Florida this ___15th___ day of September, 2006.

/s/ Whittemore
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation